1  JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
2  BRANDON BAUM, State Bar No. 121318
brandon@agilityiplaw.com
3  DAVID L. LANSKY, State Bar No. 199952
dlansky@agilityiplaw.com
4  AGILITY IP LAW, LLP
149 Commonwealth Drive
5  Menlo Park, CA 94025
Telephone:  (650) 227-4800
6  Facsimile:  (650) 318-3483

7  Attorneys for Defendants
Robocog Inc., d/b/a/ HiringSolved,
8  and Shon Burton

9  JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
10  JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
11  LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
12  MUNGER, TOLLES & OLSON LLP
560 Mission Street
13  Twenty-Seventh Floor
San Francisco, California 94105-2907
14  Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077
15
Attorneys for LinkedIn Corporation
16

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20  LINKED IN CORPORATION,                    | Case No. C14-00068 (BLF)

21                        Plaintiffs,          | **STIPULATION FOR EXTENSION OF TIME**

22          *vs.*                              | Judge: Honorable Beth Labson Freeman

23  ROBOCOG INC. D/B/A/ HIRINGSOLVED,
AND SHON BURTON

24                        Defendant.

25

26

27

                                   1

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LinkedIn Corporation

2   ("LinkedIn") and Defendants Robocog Inc., d/b/a/ HiringSolved, and Shon Burton (collectively,

3   "Defendants") that, pursuant to Civil L.R. 6-l(a), Defendants' time to answer or otherwise to

4   respond to LinkedIn's "First Amended Complaint For: (1) Violation of the Computer Fraud and

5   Abuse Act, 18 U.S.C. §§ 1030 *et seq.*; (2) Violation of California Penal Code § 502; (3)

6   Violation of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 *et seq.*; (4) Breach of

7   Contract; (5) Trespass; and (6) Misappropriation" shall be, and hereby is, extended by 21 days,

8   from the current due date of April 18, 2014, up to and including May 9, 2014.

9   **IT IS SO STIPULATED**

10

11  Respectfully submitted,

12  DATED:  April 17, 2014                    MUNGER, TOLLES & OLSON

13

14

15                                            By:        */s/ Jonathan H. Blavin*
                                                   JONATHAN H. BLAVIN
16                                                 Attorneys for LinkedIn Corportation

17  DATED:  April 17, 2014                    AGILITY IP LAW

18

19                                            By:        */s/ David L. Lansky*
                                                   DAVID L. LANSKY
20                                                 Attorneys for Defendants Robocog Inc., d/b/a
                                                   HiringSolved and Shon Burton
21

22

23

24

25

26

27

STIPULATION TO EXTEND TIME TO                         CASE NO. C14-00068 (BLF)
RESPOND TO COMPLAINT

1

**<u>ATTESTATION</u>**

2          I, David L. Lansky, am the ECF User whose ID and password are being used to file this

3    document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Jonathan H. Blavin has

4    concurred in this filing.

5

6    Dated: April 17, 2014                                        /s/ *David L. Lansky*
                                                                            David L. Lansky
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO EXTEND TIME TO                                              CASE NO. C14-00068 (BLF)
RESPOND TO COMPLAINT