JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
BRANDON BAUM, State Bar No. 121318
brandon@agilityiplaw.com
DAVID L. LANSKY, State Bar No. 199952
dlansky@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:  (650) 227-4800
Facsimile:  (650) 318-3483

Attorneys for Defendant
ROBOCOG, INC. D/B/A
 HIRINGSOLVED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKED IN CORPORATION, | Case No. C14-00068 (WHA) |
| Plaintiffs, | **DEFENDANTS ROBOCOG INC. D/B/A HIRINGSOLVED'S FEDERAL RULE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| ROBOCOG INC. D/B/A/ HIRINGSOLVED, AND SHON BURTON | |
| Defendant. | Judge:  Honorable Beth Labson Freeman |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant Robocog, Inc. d/b/a HiringSolved ("HiringSolved") hereby files its corporate disclosure statement and certification of interested entities or persons.

HiringSolved states that it has no parent corporation and that no publicly held corporation owns more than 10% of HiringSolved's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

Dated:  April 17, 2014

Respectfully submitted,

AGILITY IP LAW, LLP


_____/s/ David L. Lansky_____
David L. Lansky

Attorneys for Defendants
Robocog, Inc., d/b/a HiringSolved,

STATEMENT OF INTERESTED PARTIES                                    CASE NO. C14-00068 (WHA)