JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
BRANDON BAUM, State Bar No. 121318
brandon@agilityiplaw.com
DAVID LANSKY, State Bar No. 199952
dlansky@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:  (650) 227-4800
Facsimile:  (650) 318-3483

Attorneys for Defendants
Robocog Inc., d/b/a/ HiringSolved,
and Shon Burton

JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
LAURA K. LIN (State Bar No. 281542)
laura.lin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for LinkedIn Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKED IN CORPORATION,<br><br>             Plaintiffs,<br><br>     *vs*.<br><br>ROBOCOG INC. D/B/A/ HIRINGSOLVED, AND SHON BURTON<br><br>             Defendant. | Case No. C14-00068 (BLF)<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND SERVE INITIAL DISCLOSURES** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LinkedIn Corporation ("LinkedIn") and Defendants Robocog Inc., d/b/a/ HiringSolved, and Shon Burton (collectively, "Defendants") that, pursuant to Civil L.R. 6-l(a):

    1.    Defendants' time to file and serve their Answer to LinkedIn's "First Amended Complaint For: (1) Violation of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et seq.*; (2) Violation of California Penal Code § 502; (3) Violation of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 *et seq.*; (4) Breach of Contract; (5) Trespass; and (6) Misappropriation" shall be, and hereby is, extended by 7 days, from the current due date of May 9, 2014, up to and including May 16, 2014. The parties agree that this extension applies only to the filing of an Answer, as opposed to a motion to dismiss.

    2.    The Parties' time to serve their Rule 26(a)(1) Initial Disclosures shall be, and hereby is, extended by 7 days, from the current due date of May 9, 2014, up to and including May 16, 2014.

**IT IS SO STIPULATED**

Respectfully submitted,

DATED: May 8, 2014    MUNGER, TOLLES & OLSON

By:    */s/ Jonathan H. Blavin*
       JONATHAN H. BLAVIN
       Attorneys for LinkedIn Corportation

DATED: May 8, 2014    AGILITY IP LAW

By:    */s/ David L. Lansky*
       DAVID L. LANSKY
       Attorneys for Defendants Robocog Inc., d/b/a
       HiringSolved and Shon Burton

ATTESTATION

I, David L. Lansky, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Jonathan H. Blavin has concurred in this filing.

Dated: May 8, 2014                              /s/ David L. Lansky
                                                David L. Lansky