UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINKEDIN CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBOCOG INC, et al.,<br><br>        Defendants. | Case No. 14-cv-00068-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/06/2014 at 1:30 pm. |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 02/27/2015. |
| Expert Discovery Cut-Off | 07/01/2015 |
| Last Day to Hear Dispositive Motions | 10/15/2015 at 9:00 am. |
| Final Pretrial Conference | 01/07/2016 at 2:30 pm. |
| Trial | 01/11/2016 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT In Limine Motions will be heard at the Final Pretrial
6 Conference set on 01/07/2016 at 2:30 pm.
7    IT IS FURTHER ORDERED THAT the parties are to meet, confer and submit a
8 stipulation proposing remaining briefing schedule and cut-off dates.

10 Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge